# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Students for Life of America, et al. v Gillespie,

Case Number: 1:24-cv-11928

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs

Attorney name (type or print): Peter Breen

Firm: Thomas More Society

Street address: 309 W Washington St, Ste 1250

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6271981
(See item 3 in instructions)

Telephone Number: 312-782-1680

Email Address: pbreen@thomasmoresociety.org

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you a member of the court's general bar? | ✔ | ☐ |
| Are you a member of the court's trial bar? | ✔ | ☐ |
| Are you appearing *pro hac vice*? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.

✔ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 20, 2024

Attorney signature: S/ Peter Breen
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023