**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Students for Life of America, et al.

Plaintiff,

v.                                                    Case No.: 1:24–cv–11928
                                                      Honorable Jeffrey I Cummings

Ann Gillespie, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 5, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiffs have filed an amended complaint [19] pursuant to Rule 15(a)(1)(B). Accordingly, defendants' motion to dismiss [15] is denied as moot. Defendant Gillespie's motion for extension of time to answer or otherwise plead [20] is granted. Defendant shall answer or otherwise plead by 3/31/25. If defendant files a motion to dismiss, plaintiffs' response shall be filed by 5/5/25 and defendant's reply shall be filed by 5/9/25. The 5/9/25 tracking status hearing is stricken and re−set to 6/30/35 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.