## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Students for Life of America, et al.
                Plaintiff,

v.                                       Case No.: 1:24–cv–11928
                                      Honorable Jeffrey I Cummings

Ann Gillespie, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 6, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: The Court's 3/5/25 Order [21] is amended to reflect that defendant's reply in support of any forthcoming motion to dismiss shall be filed by 5/19/25. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.