IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Students for Life of America, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Ann Gillespie, Acting Director of the Illinois Department of Insurance<br><br>    Defendant. | Case No. 1:24-cv-11928<br><br>District Judge Jeffrey I. Cummings<br>Magistrate Judge Beth W. Jantz |

**DEFENDANT'S MOTION FOR LEAVE TO FILE A
<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

Defendant Acting Director of the Illinois Department of Insurance Ann Gillespie, by her attorney, the Illinois Attorney General, respectfully seeks leave to file a notice of supplemental authority to permit consideration of *Medina v. Planned Parenthood South Atlantic*, No. 23-1275, 606 U.S. ___ (June 26, 2025), in support of her Motion to Dismiss Plaintiffs' Second Amended Complaint. (Dkt. 25.) *Medina* affirms Defendant's arguments that Plaintiffs cannot use Section 1983 to enforce the Coats-Snowe and Weldon Amendments. The Amendments are spending-clause statutes that do not contain an unambiguous intent to confer individual rights onto any of the Plaintiffs. (*See* Dkt. 26 at 25-26; Dkt. 35 at 16-19.)[1]

Defendant now seeks leave to supplement her motion to dismiss briefing with *Medina*. As *Medina* was not released until thirteen days after briefing concluded, she was unable to include it with her arguments. Defendant sought to swiftly apprise this Court of *Medina* once the opinion issued.

---

[1] "Dkt. at __" refers to the docket and page number generated by the ECF system.

1

Defendant's proposed Notice of Supplemental Authority is attached as Exhibit A. The *Medina* decision is attached at Exhibit A-1.

Dated: June 30, 2025

Respectfully submitted,

KWAME RAOUL
*Attorney General of Illinois*

/s/ Elizabeth Morris
Elizabeth Morris, ARDC #6297239
Sarah J. Gallo, ARDC #6320644
Alice L. Riechers, ARDC #6272933
Elena S. Meth, ARDC # 6346041
Office of the Illinois Attorney General
Special Litigation Bureau
115 S. LaSalle Street, 35th Floor
Chicago, IL 60603
312-814-3000
elizabeth.morris@ilag.gov
sarah.gallo@ilag.gov
alice.riechers@ilag.gov
elena.meth@ilag.gov

*Counsel for Defendant*