UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Students for Life of America**, et al.,

    Plaintiffs,

v.

**Ann Gillespie**, in her official capacity as director of the Illinois Department of Insurance,

    Defendant.

Case No. 1:24-cv-11928

Judge Jeffrey I. Cummings

## NOTICE OF WITHDRAWAL OF PLAINTIFFS

Plaintiffs Innovator Capital Management LLC and John Southard are withdrawing from this lawsuit effective immediately. Because Claim No. 6 in the second amended complaint was raised only by Innovator, the plaintiffs are withdrawing that claim as none of the remaining plaintiff have standing to assert it. *See* Second Amended Complaint, ECF No. 19, at ¶¶ 199–203.

Respectfully submitted.

Thomas Brejcha
Peter Breen
Thomas More Society
309 West Washington Street, Suite 1250
Chicago, Illinois 60606
(312) 782-1680 (phone)
(312) 782-1887 (fax)
info@thomasmoresociety.org

Dated: October 13, 2025

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I certify that on October 13, 2025, I served this document through CM/ECF upon:

Elizabeth Morris
Sarah J. Gallo
Alice L. Riechers
Elena S. Meth
Office of the Illinois Attorney General
Special Litigation Bureau
115 South LaSalle Street, 35th Floor
Chicago, Illinois 60603
(312) 814-3000
elizabeth.morris@ilag.gov
sarah.gallo@ilag.gov
alice.riechers@ilag.gov
elena.meth@ilag.gov

*Counsel for Defendants*

                                                       /s/ Jonathan F. Mitchell
                                                      Jonathan F. Mitchell
                                                      *Counsel for Plaintiffs*